UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MERIDIAN ENTERPRISES CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:06-cv-1117-RWS |
| JNR INC., KAWASAKI MOTORS CORP., U.S.A., MITSUBISHI MOTORS NORTH AMERICA, INC., and TOSHIBA AMERICA INFORMATION SYSTEMS, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

*So Ordered* [signature] USDJ 2/25/08

## STIPULATED ORDER OF DISMISSAL PURSUANT TO SETTLEMENT FOR CASE OF MERIDIAN v. JNR, KAWASAKI, MITSUBISHI AND TOSHIBA

Plaintiff, Meridian Enterprises Corporation ("Meridian"), filed its Second Amended Complaint in the United States District Court for the Eastern District of Missouri alleging infringement of its United States Letters Patent No. 5,025,372 (the "'372 Patent") by JNR, Inc., Kawasaki Motors Corp., U.S.A., Mitsubishi Motors North America, Inc., and Toshiba America Information Systems, Inc. JNR filed its Counterclaim against Meridian seeking a declaratory judgment that the '372 Patent is invalid and not infringed. Meridian and JNR hereby stipulate and agree that the following should be entered:

IT IS ORDERED, ADJUDGED AND DECREED:

1. All claims and counterclaims between Meridian and JNR herein are dismissed with prejudice, with each party to bear its own costs, expenses and attorney fees.

2. As to Toshiba, Kawasaki and Mitsubishi, their responses to the Second Amended Complaint have not yet been filed, but Meridian hereby dismisses with prejudice its Second Amended Complaint against them.

Case: 4:06-cv-01117-RWS   Doc. #: 280   Filed: 02/25/08   Page: 2 of 2 PageID #: 1805

Dated this _____ day of _____, 2008.

_____
Judge, United States District Court
Eastern District of Missouri

Presented By:

_____
Spiro Bereveskos
Steve Zlatos
Lisa A. Hiday
WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP
*Attorneys for Plaintiff, Meridian Enterprises Corporation*

_____
J. Bennett Clark
BRYAN CAVE LLP
*Attorney for JNR, Inc.*

DISTRIBUTION BY MAIL TO:

Tom Kuhnle
Bingham McCutchen LLP
1900 University Avenue
E. Palo Alto, CA 94303-2223
Phone: 650.849.4400
Fax: 650.849.4800
tom.kuhnle@bingham.com

*Attorney for Mitsubishi Motors North America, Inc. and Kawasaki Motors Corp., U.S.A.*

David Harshman
Toshiba America Information Systems, Inc.
9740 Irvine Boulevard
Irvine, CA 92618
Telephone: (949) 583-3515
Email: David.Harshman@tais.toshiba.com

*Attorney for Toshiba America Information Systems, Inc.*